UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEJOHNA KING,

                Plaintiff,

-against-

ORANGE COUNTY JAIL; ORANGE COUNTY JAIL, MEDICAL UNIT – DENTAL; ORANGE COUNTY JAIL MENTAL HEALTH; ORANGE COUNTY JAIL, LEGAL MAILING ROOM,

                Defendants.

24cv2916 (LTS)

CIVIL JUDGMENT

For the reasons stated in the November 7, 2024, order, this action is dismissed. By order dated August 6, 2024, the Court directed Plaintiff to file an amended complaint within 60 days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed in forma pauperis (IFP) under 28 U.S.C. § 1915(a) (1), is dismissed for failure to state a claim on which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines to exercise supplemental jurisdiction of any state law claims Plaintiff may be asserting. See 28 U.S.C. § 1367(c)(3). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). SO ORDERED.

Dated:    November 8, 2024
              New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge